BEFORE THE THIRD DIVISION, FEBRUARY 25, 1941

**No. 45464.**—Protest 956199–G of Edw. & John Burke, Ltd. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Burke* v. *United States* (3 Cust. Ct. 276; C. D. 253) the protest was sustained.